J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $300 and 60 days in jail.

Appeal denied; judgment affirmed.

## WATSON v. COMMONWEALTH.

(Decided March 19, 1929.)

Fox & Gordon for movant.

J. W. Cammack, Atty. Gen. (Douglas C. Vest, of counsel), for the Commonwealth.

PER CURIAM. Judgment of conviction for cutting in sudden heat and passion, imposing a fine of $300 and 6 months in jail.

Appeal denied; judgment affirmed.

## WESTFALL v. COMMONWEALTH.

(Decided March 19, 1929.)

Foster V. Fox for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $200 and 30 days in jail.

Appeal denied; judgment affirmed.